UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 24-86 ADM/JFD

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 1951(a) |
| v. | |
| DERRICK LAMONT POWELL, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Hobbs Act Robbery)

On or about February 3, 2024, in the State and District of Minnesota, the defendant,

**DERRICK LAMONT POWELL**,

did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain personal property consisting of U.S. currency from the person and in the presence of an employee of Rice Street Tobacco, against the employee's will by means of actual and



SCANNED
APR 02 2024 AR
U.S. DISTRICT COURT MPLS

*United States v. Derrick Lamont Powell*

threatened force, violence, and fear of immediate injury, immediate and future, to the employee's person; all in violation of 18 U.S.C. § 1951.

## FORFEITURE ALLEGATION

Count 1 of this Indictment is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures.

If convicted of Count 1 of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constituted or is derived from proceeds traceable to the violation in Count 1.

If convicted of Count 1 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms, ammunition, and accessories involved in or used in the commission of Count 1.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

*United States v. Derrick Lamont Powell*

A TRUE BILL

_____      _____

UNITED STATES ATTORNEY              FOREPERSON